UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80992-CIV-MIDDLEBROOKS/BRANNON

KARLA GARMENDIA,

    Plaintiff,

vs.

DESIGNER NAILS, LLC and CAROL MILTON,

    Defendants.
_____/

## ORDER DENYING PLAINTIFF'S MOTION FOR AN ENTRY OF JUDGMENT AND FOR AN AWARD OF ATTORNEY'S FEES

THIS CAUSE comes before the Court upon Plaintiff Karla Garmendia's ("Plaintiff") Motion for an Entry of Judgment and for an Award of Attorney's Fees (DE 38) ("Motion"), filed May 2, 2013. Defendants did not respond to the Motion. I have reviewed the Motion and the record in this case, and I am otherwise fully advised in the premises.

On April 1, 2013, the Parties filed a Joint Motion for Approval of Settlement (DE 36). In the Joint Motion, the Parties do not make a request that the Court retain jurisdiction to enforce the Parties' Settlement Agreement. Further, the Settlement Agreement submitted for the Court's approval does not in fact contain any provision requiring the Court's retention of jurisdiction for purposes of enforcing the Settlement Agreement.

In this case, where the Parties did not request that the Court retain jurisdiction over their Settlement Agreement, and the Court's Order Granting Joint Motion to Approve FLSA Settlement (DE 37) does not retain jurisdiction to enforce the Parties' Settlement Agreement, the Court lacks jurisdiction to enforce the Settlement Agreement by entering judgment against

1

Defendant and awarding attorney's fees. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for an Entry of Judgment and for an Award of Attorney's Fees (DE 38) is **DENIED**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida, this 14 day of June, 2013.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record